# MINUTES

CASE NUMBER:      CV 13-00279SOM-BMK

CASE NAME:        Vincent Khoury Tylor v. Prudential Locations LLC, et al.

ATTYS FOR PLA:    J. Stephen Street
                  Dane Anderson

ATTYS FOR DEFT:   Sarah M. Love
                  Roy F. Hughes
                  Rozelle Antonette Agag
                  Randall C. Whattoff
                  Patricia M. NaPier

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers, no record |
| DATE: | 1/9/2014 | TIME: | 10:30-11:10AM |

COURT ACTION:   EP:  Settlement Conference held.  No settlement at this time.

Submitted by kur1, law clerk.