GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER     3735-0
    pnapier@goodsill.com
RANDALL C. WHATTOFF     9487-0
    rwhattoff@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
PRUDENTIAL LOCATIONS LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>           Plaintiff,<br><br>   vs.<br><br>MARILOU LORICA; KAILUA REALTY LTD., a Hawaii Corporation dba CENTURY 21 KAILUA BEACH REALTY; PRUDENTIAL LOCATIONS LLC, a Hawaii Domestic Limited Liability Company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>           Defendants. | CV13 00279 SOM BMK<br>(Copyright Infringement)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br>Trial Date: September 17, 2014<br>Judge: Hon. Susan O. Mollway |

4696107.1

# STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Vincent Khoury Tylor ("Tylor") and Defendants Marilou Lorica, Kailua Realty Ltd., dba Century 21 Kailua Beach Realty ("Defendant Century 21"), and Prudential Locations LLC that Tylor's Complaint for Copyright Infringement and Digital Millennium Copyright Act Violations, filed on May 31, 2013 (Dkt. No. 1) and Defendant Century 21's Cross-Claim for Declaratory Relief as to Defendant Marilou Lorica (Dkt. No. 14-1) are hereby dismissed with prejudice. This Stipulation is made pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties. Each party shall bear its own costs and attorneys' fees. This Stipulation is signed by counsel for all parties that have appeared in this action. Trial was set for September 17, 2014 before the Honorable Susan O. Mollway in this action. This Court shall retain jurisdiction to resolve any disputes or actions related to the Mutual Settlement and Release Agreement between the parties dated as of January 16, 2014. *See Kokkonen v. Guardian Life Ins.*, 511 U.S. 375, 381-82 (1994) (holding that where dismissal is

pursuant to Rule 41(a)(1)(A)(ii), a District Court is authorized to retain jurisdiction over the settlement contract if the parties agree).

DATED: Honolulu, Hawaiʻi, February 28, 2014.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON

Attorneys for Plaintiff

DATED: Honolulu, Hawaiʻi, February 28, 2014.

/s/ Sarah M. Love
CRYSTAL K. ROSE
SARAH M. LOVE

Attorney for Defendant
MARILOU LORICA

DATED: Honolulu, Hawaiʻi, March 4, 2014.

/s/ Roy F. Hughes
ROY F. HUGHES

Attorney For Defendant
KAILUA REALTY LTD., DBA
CENTURY 21 KAILUA BEACH
REALTY

DATED: Honolulu, Hawaiʻi, February 28, 2014.

/s/ Randall C. Whattoff
PATRICIA M. NAPIER
RANDALL C. WHATTOFF

Attorneys for Defendant
PRUDENTIAL LOCATIONS LLC

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; March 4, 2014.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE

**Stipulation for Dismissal With Prejudice of All Claims and All Parties and Order**
*Vincent Khoury Tylor v. Marilou Lorica, et al.,* CV13 00279 SOM BMK U.S. District Court D. Hawaiʻi